Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>VY HORN, et al.,<br><br>            Defendants. | No.  1:13-cv-00653-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 29, 2013                                                  MOORE LAW FIRM, P.C.


                                                                                 */s/ Tanya E. Moore*
                                                                                 Tanya E. Moore
                                                                                 Attorneys for Plaintiff
                                                                                 Natividad Gutierrez

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   July 29, 2013

_____
SENIOR DISTRICT JUDGE